IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ALL COUNTY PROPERTIES MANAGEMENT NORTH METRO AAF ARUN RAMACHANDRAN, | : : : : : |
| Plaintiff, | : CIVIL ACTION NO. : 2:16-CV-238-RWS |
| v. | : : |
| WILL JOY, | : : |
| Defendant. | : |

### ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 2]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 2] is hereby approved and adopted as the opinion and order of this Court. As such, this case is REMANDED to the Magistrate Court of Forsyth County, Georgia.

**SO ORDERED**, this 7th day of November, 2016.

_____
RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)